872 A.2d 783

IN THE MATTER OF JOHN P. DOYLE, AN ATTORNEY AT LAW (ATTORNEY NO. 241981967).

May 12, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–400, concluding that **JOHN P. DOYLE** of **TOMS RIVER,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *RPC* 1.7 (conflict of interest), and good cause appearing;

It is ORDERED that **JOHN P. DOYLE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.